# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 05-20508 ABG |
| WOOD FLOOR HOME CENTER CO INC | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter ____ of the United States Bankruptcy Code on ____ . The undersigned trustee was appointed on ____ .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                              $

       Funds were disbursed in the following amounts:

       Administrative expenses
       Payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor

       Leaving a balance on hand of                              $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was ____ . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $          .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $      as interim compensation and now requests a sum of $       , for a total compensation of $        .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $    , and now requests reimbursement for expenses of $    , for total expenses of $    .

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/JOSEPH E. COHEN_____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 05-20508 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | WOOD FLOOR HOME CENTER CO INC | | | Date Filed (f) or Converted (c): | 05/23/05 (f) |
| | | | | 341(a) Meeting Date: | 07/05/05 |
| For Period Ending: | 12/17/09 | | | Claims Bar Date: | 04/26/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING | 4,334.09 | 2,000.00 | | 2,385.97 | 0.00 |
| 2. INSURANCE | 1,300.00 | 500.00 | | 540.00 | 0.00 |
| 3. ACCOUNT RECEIVABLE | 10,088.00 | 5,000.00 | | 0.00 | 5,000.00 |
| 4. PREFERENCE (u) | Unknown | Unknown | | 4,000.00 | Unknown |
| 5. SANCTIONS (u) | 0.00 | 11,000.00 | | 12,935.87 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 167.83 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $15,722.09 | $18,500.00 | | $20,029.67 | $5,000.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED BOOKS AND RECORDS OF DEBTOR FOR PREFERENCE ANALYSIS. TRUSTEE TO FILE MOTIONS FOR TURNOVER OF CONTEMPT FUNDS AND TO RECOVER PREFERENCES. MOTIONS HAVE BEEN FILED AND RESOLVED BY COURT ORDER AND PAYMENT OF FUNDS. ADVERSARY COMPLAINTS STILL PENDING. TRUSTEE HAS FILED MOTION TO COMPROMISE. MOTION ENTERED AND TRUSTEE RECEVING SETTLEMENT PROCEEDS. TRUSTEE TO EMPLOY AND ACCOUNTANT.

Initial Projected Date of Final Report (TFR): 06/30/06     Current Projected Date of Final Report (TFR): 06/30/09

LFORM1
UST Form 101-7-TFR (4/1/2009) *(Page: 3)*

Ver: 14.31c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 05-20508 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WOOD FLOOR HOME CENTER CO INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9201 BofA - Money Market Account |
| Taxpayer ID No: | *******3442 | | | |
| For Period Ending: | 12/17/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/03/05 | 1 | CITIBANK | Checking account proceeds | 1129-000 | 1,233.97 | | 1,233.97 |
| 08/03/05 | 1 | CITIBANK | Checking account proceeds | 1129-000 | 1,152.00 | | 2,385.97 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 0.94 | | 2,386.91 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 1.18 | | 2,388.09 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 1.22 | | 2,389.31 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 1.18 | | 2,390.49 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 1.21 | | 2,391.70 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 1.23 | | 2,392.93 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.70 | | 2,394.63 |
| 03/14/06 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 1.83 | 2,392.80 |
| 03/16/06 | 2 | THE HARTFORD | | 1129-000 | 452.00 | | 2,844.80 |
| * 03/16/06 | 2 | THE HARTFORD | | 1129-003 | 452.00 | | 3,296.80 |
| * 03/22/06 | 2 | THE HARTFORD | VOID | 1129-003 | -452.00 | | 2,844.80 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.19 | | 2,846.99 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.33 | | 2,849.32 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.43 | | 2,851.75 |
| 06/19/06 | 2 | AMERICAN STATES INSURANCE CO. | | 1129-000 | 88.00 | | 2,939.75 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.37 | | 2,942.12 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.50 | | 2,944.62 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.50 | | 2,947.12 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.42 | | 2,949.54 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.51 | | 2,952.05 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.43 | | 2,954.48 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.51 | | 2,956.99 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.51 | | 2,959.50 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.27 | | 2,961.77 |
| 03/01/07 | 000302 | International Sureties, Ltd. Suite 500 203 Carondelet St. New Orleans, LA 70130 | Bond premium | 2300-000 | | 2.75 | 2,959.02 |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 05-20508 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | WOOD FLOOR HOME CENTER CO INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9201 BofA - Money Market Account |
| Taxpayer ID No: | *******3442 | | | |
| For Period Ending: | 12/17/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.51 | | 2,961.53 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.44 | | 2,963.97 |
| 05/15/07 | 5 | TOP QUALITY FLOORING | SANCTION PAYMENT | 1290-000 | 12,935.87 | | 15,899.84 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.81 | | 15,907.65 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.07 | | 15,920.72 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.53 | | 15,934.25 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.53 | | 15,947.78 |
| 09/25/07 | 4 | Teller, Levit & Silvertrust, P.C. | | 1241-000 | 1,000.00 | | 16,947.78 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 10.21 | | 16,957.99 |
| 10/11/07 | 000303 | Encore Legal Solutions | Copy charges | 2990-000 | | 67.20 | 16,890.79 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 10.78 | | 16,901.57 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 9.03 | | 16,910.60 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 8.08 | | 16,918.68 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 6.70 | | 16,925.38 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 4.02 | | 16,929.40 |
| 03/25/08 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 15.33 | 16,914.07 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.00 | | 16,918.07 |
| 04/21/08 | 4 | Clear Hardwood Flooring Inc. | Settlement of Adversary | 1241-000 | 1,000.00 | | 17,918.07 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 3.51 | | 17,921.58 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.27 | | 17,923.85 |
| 06/26/08 | 4 | Cleah Hardwood Flooring Inc. | Settlement of Adversary | 1241-000 | 1,000.00 | | 18,923.85 |
| 06/26/08 | 4 | Cleah Hardwood Flooring Inc. | Settlement of Adversary | 1241-000 | 1,000.00 | | 19,923.85 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.21 | | 19,926.06 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.53 | | 19,928.59 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.53 | | 19,931.12 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.45 | | 19,933.57 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.93 | | 19,935.50 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.63 | | 19,937.13 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.01 | | 19,938.14 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,938.30 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 19,938.45 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 05-20508 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | WOOD FLOOR HOME CENTER CO INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9201  BofA - Money Market Account |
| Taxpayer ID No: | *******3442 | | | |
| For Period Ending: | 12/17/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/09 | 000305 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 16.37 | 19,922.08 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 19,922.25 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.44 | | 19,922.69 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.50 | | 19,923.19 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.49 | | 19,923.68 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 19,924.19 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 19,924.70 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.49 | | 19,925.19 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.50 | | 19,925.69 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.50 | | 19,926.19 |

| Account *******9201 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 11 | Deposits | | 19,861.84 | 5 | Checks | 103.48 |
| 52 | Interest Postings | | 167.83 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ | 20,029.67 | | | |
| | | | | | Total | $ 103.48 |
| 0 | Adjustments In | | 0.00 | | | |
| 0 | Transfers In | | 0.00 | | | |
| | Total | $ | 20,029.67 | | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| Case No: | 05-20508 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WOOD FLOOR HOME CENTER CO INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9201  BofA - Money Market Account |
| Taxpayer ID No: | *******3442 | | |
| For Period Ending: | 12/17/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 05-20508 | | Page 1 | | Date: December 17, 2009 |
|---|---|---|---|---|---|
| Debtor Name: | WOOD FLOOR HOME CENTER CO INC | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2700-00 | Clerk, U. S. Bankruptcy Court | Administrative | | $450.00 | $0.00 | $450.00 |
| 001 3410-00 | Cooke & Lewis, Ltd. | Administrative | | $2,125.00 | $0.00 | $2,125.00 |
| 001 3110-00 | Cohen & Krol | Administrative | | $6,184.02 | $0.00 | $6,184.02 |
| 000001 070 7100-00 | Daily Herald<br>PO Box 3204<br>Arlington Heights IL 60006 | Unsecured | | $1,775.30 | $0.00 | $1,775.30 |
| 000002 070 7100-00 | Ralph Fine LTD<br>1013 Portsmouth<br>Westchester, IL 60154 | Unsecured | | $3,115.00 | $0.00 | $3,115.00 |
| 000003 070 7100-00 | The Merle B Smith Co<br>161 Tower Drive, Unit 1<br>Burr Ridge, IL 60521 | Unsecured | | $193,474.23 | $0.00 | $193,474.23 |
| | Case Totals: | | | $207,123.55 | $0.00 | $207,123.55 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-20508 ABG
Case Name: WOOD FLOOR HOME CENTER CO INC
Trustee Name: JOSEPH E. COHEN

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| NA | $ |
|  | $ |
|  | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: JOSEPH E. COHEN | $ | $ |
| Attorney for trustee: Cohen & Krol | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: Cooke & Lewis, Ltd. | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: Clerk, U. S. Bankruptcy Court | $ | $ |
| Fees: | $ | $ |
| Other: NA | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other: NA* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *NA* | *NA* | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Daily Herald* | $ | $ |
| *000002* | *Ralph Fine LTD* | $ | $ |
| *000003* | *The Merle B Smith Co* | $ | $ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $         .