UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §  Case No. 05-20508 ABG
WOOD FLOOR HOME CENTER CO  INC §
§
Debtors §
§

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 20,029.67 |
| *and approved disbursements of* | $ | 103.48 |
| *leaving a balance of* | $ | 19,926.19 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| NA | $ NA |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: JOSEPH E. COHEN | $ 2,752.97 | $ 0.00 |
| Attorney for trustee: Cohen & Krol | $ 6,074.00 | $ 110.02 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: Cooke & Lewis, Ltd. | $ 1,750.00 | $ 375.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: Clerk, U. S. Bankruptcy Court | $ 450.00 | $ 0.00 |

UST Form 101-7-NFR (4/1/2009) *(Page: 1)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Fees: |  | $ | $ |
| Other: NA |  | $ NA | $ NA |
| Other: |  | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: |  | $ | $ |
| Attorney for: |  | $ | $ |
| Accountant for: |  | $ | $ |
| Appraiser for: |  | $ | $ |
| Other: NA |  | $ NA | $ NA |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ NA | $ NA |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 198,364.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Daily Herald | $ 1,775.30 | $ 75.21 |
| 000002 | Ralph Fine LTD | $ 3,115.00 | $ 131.96 |
| 000003 | The Merle B Smith Co | $ 193,474.23 | $ 8,196.03 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $NA | $NA |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $NA | $NA |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at  2:00 PM  on  02/19/2010  in Courtroom  B ,
United States Courthouse

Certificate of Service    Page 4 of 5

Park City Branch Court
301 Greenleaf Ave.,  Park City, IL 60085

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 12/17/2009             By:/s/JOSEPH E. COHEN
                                           Trustee


JOSEPH E. COHEN
*105 WEST MADISON STREET, SUITE 1100, CHICAGO, IL 60602-0000*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: ccabrales              Page 1 of 1                   Date Rcvd: Jan 06, 2010
Case: 05-20508                 Form ID: pdf006              Total Noticed: 21

The following entities were noticed by first class mail on Jan 08, 2010.
db           +Wood Floor Home Center Co., Inc.,    715 Concorde Dr,   Highland Park, IL 60035-3929
aty          +Caren A Lederer,   Golan & Christie LLP,    70 West Madison Street,   Suite 1500,
               Chicago, IL 60602-4265
aty          +Cohen & Krol,   Cohen & Krol,    105 West Madison St 1100,   Chicago, IL 60602-4600
tr           +Joseph E Cohen, Tr.,    Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
9394817      +A-1 Quality Service,    PO Box 554,   Techny   IL 60082-0554
9394818       All American Wood,    7616 Hancock,   Winthrop Harbor   IL  60096
9394819      +Cingular Wireless,    PO Box 6428,   Carol Stream   IL 60197-6428
9394821      +Citibank AAdvantage Visa,    PO Box 6309,   The Lakes, NV 88901-6309
9394820      +Clear Hardwood,   903 S Jeanette,    Des Plaines   IL 60016-6309
9394822      +Daily Herald,   PO Box 3204,    Arlington Heights   IL 60006-3204
9394823      +Dan Development,    10 E 22nd Street,   Lombard IL 60148-4977
9394825      +Home Depot Credit Services,    PO Box 6029,   The Lakes, NV 88901-6029
9394826      +L & L Hardwood,   6935 W 62nd Street,    Chicago, IL 60638-3901
9394829      +Niles Color Center,    7652 Milwaukee Avenue,   Niles, IL 60714-3180
9394824      +Ralph Fine LTD,   1013 Portsmouth,    Westchester, IL 60154-2610
9394831      +SBC/R H Donnelly,    c/o Emery Kiss,   MCarthy, Burgess & Wolff,    26000 Cannon Road,
               Cleveland, OH 44146-1807
9394830      +Safeco Business Insurance,    PO Box 66768,   St Louis, MO 63166-6768
9394827      +The Merle B Smith Co,    161 Tower Drive, Unit 1,   Burr Ridge, IL 60527-5776
9394832      +Top Quality Flooring,    3705 N 25th Avenue,   Schiller Park, IL 60176-2147
9394833      +Waste Management,    1411 Opus Place,   Suite 400,   Downers Grove, IL 60515-1481

The following entities were noticed by electronic transmission on Jan 06, 2010.
9394828      +E-mail/Text: bankrup@nicor.com                            Nicor Gas,   PO box 2020,
               Aurora, IL 60507-2020
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 08, 2010**           **Signature:**   _/s/ Joseph Speetjens_