UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
WOOD FLOOR HOME CENTER CO  INC §        Case No. 05-20508
                                    §
        Debtor(s)                   §
                                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/JOSEPH E. COHen_____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CLERK, U. S. BANKRUPTCY COURT | | | | | |
| UNITED STATES TREASURY | | | | | |
| UNITED STATES TREASURY | | | | | |
| UNITED STATES TREASURY | | | | | |
| UNITED STATES TREASURY | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ENCORE LEGAL SOLUTIONS | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| COHEN & KROL | | | | | |
| COOKE & LEWIS, LTD. | | | | | |
| COOKE & LEWIS, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ill. Dept. of Employment Security 2550 W. Addison Chicago, IL 60618 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| A-1 Quality Services PO Box 554 Techny, IL 60082-0554 | | | | | |
| All American Wood Register 7616 Hancock Winthrop Harbor, IL 60096 | | | | | |
| Cingular Wireless PO Box 6428 Carol Stream, IL 60197-6428 | | | | | |
| CitiPlatnum Select AAdvantage PO Box 6309 The Lakes, NV 88901-6309 | | | | | |
| Clear Hardwood Flooring 903 Jeannette Des Plaines, IL 60016 | | | | | |
| Dan Development 10 E. 22nd Street Lombard, IL 60148 | | | | | |
| Home Depot Credit Services Department 32 PO Box 6029 Alamo, NV 89001-6029 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| L & L Hardwood 6935 W. 62nd Chicago, IL 60638 | | | | | |
| Nicor Gas PO Box 2020 Aurora, IL 60507-2020 | | | | | |
| Niles Color Center 7652 Milwaukee Avenue Niles, IL 60714 | | | | | |
| SBC/RH Donnelly PO Box 807008 Kansas City, MO 64180-7008 | | | | | |
| Top Quality Flooring 3705 N. 25th Avenue Schiller Park, IL 60176 | | | | | |
| DAILY HERALD | | | | | |
| RALPH FINE LTD | | | | | |
| THE MERLE B SMITH CO | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 05-20508 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | WOOD FLOOR HOME CENTER CO INC | Date Filed (f) or Converted (c): | 05/23/05 (f) |
| | | 341(a) Meeting Date: | 07/05/05 |
| For Period Ending: 09/21/10 | | Claims Bar Date: | 04/26/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING | 4,334.09 | 2,000.00 | | 2,385.97 | 0.00 |
| 2. INSURANCE | 1,300.00 | 500.00 | | 540.00 | 0.00 |
| 3. ACCOUNT RECEIVABLE | 10,088.00 | 5,000.00 | | 0.00 | 5,000.00 |
| 4. PREFERENCE (u) | Unknown | Unknown | | 4,000.00 | Unknown |
| 5. SANCTIONS (u) | 0.00 | 11,000.00 | | 12,935.87 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 169.10 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $15,722.09 $18,500.00 $20,030.94 $5,000.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED BOOKS AND RECORDS OF DEBTOR FOR PREFERENCE ANALYSIS. TRUSTEE TO FILE MOTIONS FOR TURNOVER OF
CONTEMPT FUNDS AND TO RECOVER PREFERENCES. MOTIONS HAVE BEEN FILED AND RESOLVED BY COURT ORDER AND PAYMENT OF FUNDS.
ADVERSARY COMPLAINTS STILL PENDING. TRUSTEE HAS FILED MOTION TO COMPROMISE. MOTION ENTERED AND TRUSTEE RECEVING
SETTLEMENT PROCEEDS. TRUSTEE TO EMPLOY AN ACCOUNTANT. ACCOUNTANT HAS BEEN EMPLOYED. TRUSTEE HAS SUBMITTED HIS FINAL
REPORR TO UST FOR REVIEW.

Initial Projected Date of Final Report (TFR): 06/30/06    Current Projected Date of Final Report (TFR): 01/31/10

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-20508 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WOOD FLOOR HOME CENTER CO INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9201 BofA - Money Market Account |
| Taxpayer ID No: | *******3442 | | | |
| For Period Ending: | 09/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/03/05 | 1 | CITIBANK | Checking account proceeds | 1129-000 | 1,233.97 | | 1,233.97 |
| 08/03/05 | 1 | CITIBANK | Checking account proceeds | 1129-000 | 1,152.00 | | 2,385.97 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 0.94 | | 2,386.91 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 1.18 | | 2,388.09 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 1.22 | | 2,389.31 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 1.18 | | 2,390.49 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 1.21 | | 2,391.70 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 1.23 | | 2,392.93 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.70 | | 2,394.63 |
| 03/14/06 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 1.83 | 2,392.80 |
| 03/16/06 | 2 | THE HARTFORD | | 1129-000 | 452.00 | | 2,844.80 |
| * 03/16/06 | 2 | THE HARTFORD | | 1129-003 | 452.00 | | 3,296.80 |
| * 03/22/06 | 2 | THE HARTFORD | VOID | 1129-003 | -452.00 | | 2,844.80 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.19 | | 2,846.99 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.33 | | 2,849.32 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.43 | | 2,851.75 |
| 06/19/06 | 2 | AMERICAN STATES INSURANCE CO. | | 1129-000 | 88.00 | | 2,939.75 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.37 | | 2,942.12 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.50 | | 2,944.62 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.50 | | 2,947.12 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.42 | | 2,949.54 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.51 | | 2,952.05 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.43 | | 2,954.48 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.51 | | 2,956.99 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.51 | | 2,959.50 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.27 | | 2,961.77 |
| 03/01/07 | 000302 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet St.<br>New Orleans, LA 70130 | Bond premium | 2300-000 | | 2.75 | 2,959.02 |

FORM 2        Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-20508 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WOOD FLOOR HOME CENTER CO INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9201 BofA - Money Market Account |
| Taxpayer ID No: | *******3442 | | | |
| For Period Ending: | 09/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.51 | | 2,961.53 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.44 | | 2,963.97 |
| 05/15/07 | 5 | TOP QUALITY FLOORING | SANCTION PAYMENT | 1290-000 | 12,935.87 | | 15,899.84 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.81 | | 15,907.65 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.07 | | 15,920.72 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.53 | | 15,934.25 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.53 | | 15,947.78 |
| 09/25/07 | 4 | Teller, Levit & Silvertrust, P.C. | | 1241-000 | 1,000.00 | | 16,947.78 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 10.21 | | 16,957.99 |
| 10/11/07 | 000303 | Encore Legal Solutions | Copy charges | 2990-000 | | 67.20 | 16,890.79 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 10.78 | | 16,901.57 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 9.03 | | 16,910.60 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 8.08 | | 16,918.68 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 6.70 | | 16,925.38 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 4.02 | | 16,929.40 |
| 03/25/08 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 15.33 | 16,914.07 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.00 | | 16,918.07 |
| 04/21/08 | 4 | Clear Hardwood Flooring Inc. | Settlement of Adversary | 1241-000 | 1,000.00 | | 17,918.07 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 3.51 | | 17,921.58 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.27 | | 17,923.85 |
| 06/26/08 | 4 | Cleah Hardwood Flooring Inc. | Settlement of Adversary | 1241-000 | 1,000.00 | | 18,923.85 |
| 06/26/08 | 4 | Cleah Hardwood Flooring Inc. | Settlement of Adversary | 1241-000 | 1,000.00 | | 19,923.85 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.21 | | 19,926.06 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.53 | | 19,928.59 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.53 | | 19,931.12 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.45 | | 19,933.57 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.93 | | 19,935.50 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.63 | | 19,937.13 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.01 | | 19,938.14 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,938.30 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 19,938.45 |

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-20508 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | WOOD FLOOR HOME CENTER CO INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9201 BofA - Money Market Account |
| Taxpayer ID No: | *******3442 | | | |
| For Period Ending: | 09/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/09 | 000305 | International Sureties, Ltd.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 16.37 | 19,922.08 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 19,922.25 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.44 | | 19,922.69 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,923.19 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,923.68 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 19,924.19 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 19,924.70 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,925.19 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,925.69 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,926.19 |
| 12/27/09 | | Transfer to Acct #*******1082 | TRANSFER TO WRITE CHECKS | 9999-000 | | 11.00 | 19,915.19 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 19,915.70 |
| 01/06/10 | | Transfer to Acct #*******1082 | TRANSFER TO WRITE CHECKS | 9999-000 | | 1.00 | 19,914.70 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,915.20 |
| 02/17/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.26 | | 19,915.46 |
| 02/17/10 | | Transfer to Acct #*******1082 | Final Posting Transfer | 9999-000 | | 19,915.46 | 0.00 |

| Account *******9201 | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 11 | Deposits | 19,861.84 | 5 | Checks | 103.48 |
| | 55 | Interest Postings | 169.10 | 0 | Adjustments Out | 0.00 |
| | | | | 3 | Transfers Out | 19,927.46 |
| | | Subtotal | $ 20,030.94 | | | |
| | 0 | Adjustments In | 0.00 | | Total | $ 20,030.94 |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 20,030.94 | | | |

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-20508 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WOOD FLOOR HOME CENTER CO INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1082  BofA - Checking Account |
| Taxpayer ID No: | *******3442 | | | |
| For Period Ending: | 09/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/27/09 | | Transfer from Acct #*******9201 | TRANSFER TO WRITE CHECKS | 9999-000 | 11.00 | | 11.00 |
| 12/27/09 | 003001 | UNITED STATES TREASURY | Income tax - 2006 FORM 1041 | 2810-000 | | 4.00 | 7.00 |
| | | | Income tax | | | | |
| 12/27/09 | 003002 | UNITED STATES TREASURY | Income tax - 2007 FORM 1041 | 2810-000 | | 4.00 | 3.00 |
| | | | EIN: 36-3763442 | | | | |
| 12/27/09 | 003003 | UNITED STATES TREASURY | Income tax - 2008 FORM 1041 | 2810-000 | | 3.00 | 0.00 |
| | | | EIN: 36-3763442 | | | | |
| 01/06/10 | | Transfer from Acct #*******9201 | TRANSFER TO WRITE CHECKS | 9999-000 | 1.00 | | 1.00 |
| 01/06/10 | 003004 | UNITED STATES TREASURY | FORM 1041 | 2810-000 | | 1.00 | 0.00 |
| 02/17/10 | | Transfer from Acct #*******9201 | Transfer In From MMA Account | 9999-000 | 19,915.46 | | 19,915.46 |
| 02/25/10 | 003005 | JOSEPH E. COHEN | Chapter 7 Compensation/Fees | 2100-000 | | 2,752.97 | 17,162.49 |
| | | 105 WEST MADISON STREET | | | | | |
| | | SUITE 1100 | | | | | |
| | | CHICAGO, IL  60602-0000 | | | | | |
| 02/25/10 | 003006 | Cohen & Krol | Attorney for Trustee fees | | | 4,159.35 | 13,003.14 |
| | | | Fees         4,049.33 | 3110-000 | | | 13,003.14 |
| | | | Expenses       110.02 | 3120-000 | | | 13,003.14 |
| 02/25/10 | 003007 | Cooke & Lewis, Ltd. | Accountant for Trustee fees | | | 2,125.00 | 10,878.14 |
| | | | Accountant for Trustee fees | | | | |
| | | | Fees         1,750.00 | 3410-000 | | | 10,878.14 |
| | | | Expenses       375.00 | 3420-000 | | | 10,878.14 |
| 02/25/10 | 003008 | Clerk, U. S. Bankruptcy Court | Deferred Adversary Filing Fees | 2700-000 | | 450.00 | 10,428.14 |
| 02/25/10 | 003009 | Joseph E. Cohen | Attorney for Trustee fees | 3110-000 | | 2,024.67 | 8,403.47 |
| 02/25/10 | 003010 | Daily Herald | Claim 000001, Payment 4.23647% | 7100-000 | | 75.21 | 8,328.26 |
| | | PO Box 3204 | | | | | |
| | | Arlington Heights  IL  60006 | | | | | |
| 02/25/10 | 003011 | Ralph Fine LTD | Claim 000002, Payment 4.23628% | 7100-000 | | 131.96 | 8,196.30 |
| | | 1013 Portsmouth | | | | | |
| | | Westchester, IL  60154 | | | | | |
| 02/25/10 | 003012 | The Merle B Smith Co | Claim 000003, Payment 4.23638% | 7100-000 | | 8,196.30 | 0.00 |

LFORM2T4

UST Form 101-7-TDR (9/1/2009) (Page: 12)

Ver: 15.20

FORM 2

Page: 5

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-20508 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | WOOD FLOOR HOME CENTER CO INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1082  BofA - Checking Account |
| Taxpayer ID No: | *******3442 | | |
| For Period Ending: | 09/21/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 161 Tower Drive, Unit 1<br>Burr Ridge, IL 60521 | | | | | |

```
Account *******1082       Balance Forward           0.00
                      0   Deposits                  0.00       12   Checks                  19,927.46
                      0   Interest Postings         0.00        0   Adjustments Out              0.00
                                                                0   Transfers Out                0.00
                          Subtotal          $       0.00
                                                                     Total         $        19,927.46
                      0   Adjustments In            0.00
                      3   Transfers In         19,927.46

                          Total             $  19,927.46


Report Totals             Balance Forward           0.00
                     11   Deposits             19,861.84       21   Checks                  20,030.94
                     55   Interest Postings       169.10        0   Adjustments Out              0.00
                                                                3   Transfers Out           19,927.46
                          Subtotal          $  20,030.94
                                                                     Total         $        39,958.40
                      0   Adjustments In            0.00
                      3   Transfers In         19,927.46

                          Total             $  39,958.40              Net Total Balance   $       0.00
```

LFORM2T4  UST Form 101-7-TDR (9/1/2009) *(Page: 13)*

Ver: 15.20